1   ERIC J. TROUTMAN (State Bar No. 229263)
    ejt@severson.com
2   SCOTT D. GOLDSMITH (State Bar No. 259499)
    sdg@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   The Atrium
    19100 Von Karman Avenue, Suite 700
5   Irvine, California 92612
    Telephone: (949) 442-7110
6   Facsimile: (949) 442-7118

7   Attorneys for Defendant
    WELLS FARGO BANK, N.A.

8

                    **UNITED STATES DISTRICT COURT**
9
          **NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**
10

11  EDWARD DUNAGAN,                          Case No. 3:15-cv-04826-CRB
                                             Hon. Judge Charles R. Breyer
              Plaintiff,
12                                           Ctrm. 6
         vs.
13                                           **CLASS ACTION**
    WELLS FARGO BANK, N.A.,
14                                           **STIPULATION TO TRANSFER VENUE
              Defendant.                     PURSUANT TO 28 U.S.C. § 1404(a);
15                                           [PROPOSED] ORDER**

16

17                                           Action Filed:    October 20, 2015
                                             Trial Date:      None Set

18      Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Edward Dunagan

19  ("Plaintiff") (collectively referred to as the "Parties"), through their respective counsel of record

20  hereby agree and stipulate as follows:

21      WHEREAS, Plaintiff filed his class action complaint in this matter on October 20, 2015, in

22  the United States District Court for Northern District of California;

23      WHEREAS, subject to one stipulation enlarging time, Wells Fargo's time to file its

24  responsive pleading was extended to December 7, 2015;

25      WHEREAS, Plaintiff contends he resides in Southern California and his attorneys

26  handling this matter are not located in the Northern District of California;

27      WHEREAS, Wells Fargo contends its witnesses in this matter and handling attorneys are

28  not located in the Northern District of California and are mainly located in Southern California;

1    WHEREAS, the Parties stipulate and agree that the United States District Court for the

2  Southern District of California ("Southern District"), has superior connection to this case under

3  the applicable private and public interest factors; and,

4    WHEREAS, the parties agree that the Southern District is a viable and appropriate

5  alternate venue;

6    NOW, THEREFORE, IT IS HEREBY STIPULATED:

7    1.    This action shall be transferred to the United States District Court for the Southern

8  District of California;

9    **IT IS SO STIPULATED.**

10  DATED:  December 2, 2015         SEVERSON & WERSON
                                     A Professional Corporation
11

12

13                                   By:    */s/ Scott D. Goldsmith*
                                            Scott D. Goldsmith
14                                   Attorneys for Defendant WELLS FARGO BANK, N.A.

15

16  DATED:  December 2, 2015         KAZEROUNI LAW GROUP, APC

17

18

19                                   By:    */s/ Abbas Kazerouni*
                                            Abbas Kazerouni
20                                   Attorneys for Plaintiff EDWARD DUNAGAN

21

22

23

24

25

26

27

28

Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Scott D. Goldsmith, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  December 2, 2015              SEVERSON & WERSON
                                     A Professional Corporation


                                     By:      */s/ Scott D. Goldsmith*
                                              Scott D. Goldsmith
                                     Attorneys for Defendant WELLS FARGO BANK, N.A.

STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

1

**<u>ORDER</u>**

2

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the clerk to transfer this action, in its

4

entirety, to the Southern District of California, for all further proceedings.

5

6

7

DATED:  December'6, 2015

8

9

10

By:  _____

Honorable Charles R. Breyer
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28